IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FARRIE EASTER-GREENE, *et ux.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:14-cv-01040-MJG |
| VERIZON MARYLAND, LLC, *et al.* | * | |
| Defendants | * | |

## MOTION FOR ORDER OF REMAND

Plaintiffs, by their undersigned attorneys, in response to the Amended Notice of Removal, alternatively move for an Order remanding this action to the Circuit Court of Baltimore City in the event their Motion to Strike Amended Notice of Removal is denied. The grounds for this Motion are more fully set forth in Plaintiffs' earlier Motion For Order of Removal and the accompanying supporting Memorandum, both of which are incorporated herein by reference.

Respectfully submitted,

/s/
MARVIN I. SINGER
10 East Baltimore Street, Suite 901
Baltimore, Maryland 21202
(410) 685-1111
(410) 685-2372 (fax)
MISlaw1@yahoo.com (Email)

/s/
KIM PARKER
2123 Maryland Avenue
Baltimore, Maryland 21218
(410) 234-2621
(410) 234-2612 (fax)
Kp@Kimparkerlaw.com (Email)

Attorneys for Plaintiffs