IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FARRIE EASTER-GREENE, *et ux.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:14-cv-01040-MJG |
| VERIZON MARYLAND, LLC, *et al.* | * | |
| Defendants | * | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO HARBOR GROUP'S MOTION FOR LEAVE TO AMEND NOTICE OF REMOVAL**

Plaintiffs, by their undersigned attorneys, respond to Harbor Group's Motion For Leave to Amend Notice of Removal. Plaintiffs assert that the attempt to amend the Notice of Removal is deficient both on a factual basis and as a matter of law. In support of this Response Plaintiffs submit the accompanying Memorandum which is incorporated herein and made a part hereof by reference.

Respectfully submitted,

\_\_/s/_____
MARVIN I. SINGER
10 East Baltimore Street, Suite 901
Baltimore, Maryland 21202
(410) 685-1111
(410) 685-2372 (fax)
MISlaw1@yahoo.com (Email)


\_/s/_____
KIM PARKER
2123 Maryland Avenue
Baltimore, Maryland 21218
(410) 234-2621
(410) 234-2612 (fax)
Kp@Kimparkerlaw.com (Email)
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  11th   day of June, 2014, copies of the foregoing Plaintiffs' Response In Opposition To Harbor Group's Motion For Leave to Amend Notice of Removal and Memorandum were served by filing the document electronically with the Clerk of the court pursuant to the CM/ECF system causing a copy thereby to be transmitted electronically to all registered participants and paper copies to be mailed via first class mail, postage prepaid, to all non-registered participants, if any.

   /s/_____
MARVIN I. SINGER